**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Courtney M. Siegmyer a/k/a Courtney Mae Riesner f/k/a Courtney Mae Hall-Riesner<br>Debtor(s) | BK NO. 22-02249 HWV<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
28 Nov 2022, 12:29:32, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322