Certificate Number: 16339-PAM-DE-037057102

Bankruptcy Case Number: 22-02249



16339-PAM-DE-037057102

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 21, 2022</u>, at <u>12:16</u> o'clock <u>PM EST</u>, <u>Courtney Siegmyer</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 21, 2022</u>  By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>