In re:  Case No. 22-02249-HWV

Courtney M. Siegmyer  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 13, 2023    Form ID: ntcnfhrg    Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney M. Siegmyer, 105 Bowman Road B, Hanover, PA 17331-4220 |
| 5507364 | + | Fink & Grimes Dentistry, 420 W Elm Ave, #1, Hanover, PA 17331-5145 |
| 5507366 | + | Kays, PO Box 650972, Dallas, TX 75265-0972 |
| 5507368 | + | Members First Credit Union, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5507370 | + | Resh Family Dentistry, 1306 N Main St, Hampstead, MD 21074-2272 |
| 5507372 | + | SECU, Attn: Bankruptcy, Po Box 23896, Baltimore, MD 21203-5896 |
| 5510520 | + | STATE EMPLOYEES CREDIT UNION OF MARYLAND, PO BOX 2070, GLEN BURNIE, MD 21060-2070 |
| 5507373 | | State Collection Service, Attn: Bankruptcy, 2590 South Stoughton Rd, Madison, WI 53716 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2023 19:00:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507357 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 19:10:34 | American Express, PO BOX 1270, NEWARK, NJ 07101-1270 |
| 5514550 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 19:10:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5507358 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 19:10:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5507360 | + | Email/Text: BKPT@cfna.com | Jan 13 2023 18:55:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5507359 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 19:00:21 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5507362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 18:55:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5507363 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 13 2023 18:55:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 5507365 | + | Email/Text: BKPT@cfna.com | Jan 13 2023 18:55:00 | Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 5507361 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 19:00:09 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5510985 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 13 2023 18:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5514856 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 19:00:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507367 | | Email/Text: camanagement@mtb.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 13 2023 18:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5507369 | ^ | MEBN | | |
| | | | Jan 13 2023 18:50:39 | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 5507371 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 13 2023 18:55:00 | Rocket Morgtgage LLC, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5514964 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 13 2023 18:55:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5507584 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 19:00:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507374 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 19:00:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5507375 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 19:00:21 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5509150 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jan 13 2023 18:55:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Courtney M. Siegmyer ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Courtney M. Siegmyer,<br>aka Courtney Mae Riesner, fka Courtney Mae Hall−Riesner,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 1:22−bk−02249−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 15, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: February 22, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 13, 2023 |

ntcnfhrg (08/21)