| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | COURTNEY M. SIEGMYER |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 22-02249 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made          12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** ROCKET MORTGAGE FKA QUICKEN LOANS

**Court claim no. (if known):** 7

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 6 2

**Property address:** 105 BOWMAN ROAD #B
Number   Street

HANOVER,         PA         17331
City              State       ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 310.31 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 310.31 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 310.31 |

<mark>Official Form 410C13-N            Trustee's Notice of Disbursements Made            page 1</mark>

Case 1:22-bk-02249-HWV   Doc 28   Filed 01/28/26   Entered 01/28/26 10:23:37   Desc
Main Document      Page 1 of 3

# Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager
Signature

Date  1 / 28 / 2026

**Trustee**
Jack        N        Zaharopoulos
First Name   Middle Name   Last Name

**Address**
8125 Adams Drive, Suite A
Number        Street

Hummelstown        PA        17036
City              State     ZIP Code

Contact phone ( 717 ) 566 – 6097

Email info@pamd13trustee.com

---

Official Form 410C13-N          Trustee's Notice of Disbursements Made          page **2**

# Disbursements for Claim

**Case:** 22-02249     **COURTNEY M. SIEGMYER**

**ROCKET MORTGAGE**
F/K/A QUICKEN LOAN
635 WOODWARD AVENUE
DETROIT, MI   48226-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 1662 - PRE-ARREARS - Bowma

ARREARS - 105 BOWMAN STREET

| | | | | Debt: | $310.31 | Interest Paid: | $0.00 |
| Amt Sched: | | $124,930.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | | $0.00 | | Paid: | $310.31 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DisbDescrp |
| **5200** | **ROCKET MORTGAGE** | | | | | | | |
| 520-0 | ROCKET MORTGAGE | | 12/17/2025 | 2054643 | $1.51 | $0.00 | $1.51 | 12/30/2025 |
| 520-0 | ROCKET MORTGAGE | | 11/19/2025 | 2053702 | $276.00 | $0.00 | $276.00 | 12/02/2025 |
| 520-0 | ROCKET MORTGAGE | | 09/16/2025 | 2051778 | $32.80 | $0.00 | $32.80 | 09/24/2025 |
| | | | | Sub-totals: | $310.31 | $0.00 | $310.31 | |
| | | | | Grand Total: | $310.31 | $0.00 | | |