Fill in this information to identify the case:

Debtor 1  <u>Courtney M. Siegmyer a/k/a Courtney Mae Riesner f/k/a Courtney Mae Hall-Riesner</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania</u>

        (State)

Case number  <u>22-02249 HWV</u>

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:** **<u>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC</u>**

**Court claim no**. (if known):

<u>   7-1   </u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>1662</u>

**Property address:**  **<u>105 Bowman Road</u>**
Number      Street
**<u>Hanover   PA 17331</u>**
City              State    ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response:  $ <u>310.31         </u>.

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:  $ _____.

☐  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:  $ _____.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ___/___/___

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.  Date last payment was received on the mortgage:      01 / 26 / 2026

    ii.  Date next postpetition payment from the debtor is due:    03 / 01 / 2026

    iii.  Amount of the next postpetition payment that is due:    $ 1,013.45

    iv.  Unpaid principal balance of the loan:    $ 115,392.02

    v.  Additional amounts due for any deferred or accrued interest:    $ 160.05

    vi.  Balance of the escrow account:    $ 1,977.65

    vii.  Balance of unapplied funds or funds held in a suspense account:    $ 0.00

    viii.  Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $ 66.76

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 1:22-bk-02249-HWV   Doc 29   Filed 02/13/26   Entered 02/13/26 16:06:54   Desc
Main Document    Page 2 of 7

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Matthew Fissel   Date February 13, 2026

Signature

Name   Matthew Fissel
First name        Middle name        Last name

Title   Attorney for Secured Creditor

Company   KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   701 Market Street, Suite, 5000
Number        Street

Philadelphia                              PA        19196

City                              State        ZIP Code

Contact phone   (215) 627-1322                    Email bkgroup@kmllawgroup.com

Case 1:22-bk-02249-HWV   Doc 29   Filed 02/13/26   Entered 02/13/26 16:06:54   Desc
Main Document      Page 3 of 7

February 9, 2026

Courtney M. Siegmyer a/k/a Courtney Mae
Riesner f/k/a Courtney Mae Hall-Riesner
105 Bowman Road #B
Hanover, PA 17331

THIS LAW FIRM MAY BE CONSIDERED A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

RE: Mortgage Company: ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.
Loan N █████████
Name:  Courtney M. Siegmyer a/k/a Courtney Mae Riesner f/k/a Courtney Mae Hall-Riesner
Property Address: 105 Bowman Road Hanover, PA, 17331

# PAYOFF AMOUNT

This letter responds to your request for a payoff of the above referenced loan.

In connection with the above-captioned matter, the amount required to **PAYOFF** the outstanding loan balance including foreclosure costs and counsel fees is **$115,618.83** effective through **February 16, 2026**.

It is possible that additional expenditures may be incurred by either the mortgage company or this firm in the interim period between the time these figures are generated and the time funds are tendered. We strive to avoid such expenditures to allow sufficient time to tender payment; but at times, such expenditures are unavoidable.  In this event, only the FULL amount due will be accepted.

**NOTE:**  We require that you pay the fees and costs actually incurred as of the date of your payment. The attorney's fees and costs set forth in this figure are the actually incurred fees and costs as of the date this figure was prepared.  Some of the attorney's costs may have been paid out by our firm to third parties such as courts, sheriffs, and other service providers.  Some portion of those amounts that have been paid out to other parties may be refunded to our firm after today or after you tender funds.  Our firm is entitled to collect the reasonable and actually incurred fees and costs due and owing as of the date funds are received. Any amounts refunded by third parties after payment has been tendered, will be refunded by our office to our client to either be applied to your account or returned to the borrower, at our client's discretion.  If the amount tendered is less than the total amount due on the date of your payment, the lender or servicer reserves the right to reject your payment and continue with the legal process.

**Property Inspections Explained:**
        Inspection fees may be charged to your account by your lender for monthly inspections performed in accordance with the terms of the mortgage and the guidelines.


| | |
|---|---|
| Principal Balance due | $115,392.02 |
| Interest | $160.05 |
| Pro Rata MIP/PMI | $66.76 |
| TOTAL AMOUNT DUE MORTGAGE COMPANY | **$115,618.83** |

        **PLEASE NOTE:** We reserve the right to correct any errors or omissions in this payoff quote regardless of when funds are received. We also reserve the right to correct any portion of this statement due to changing balances and interest rates on this loan. A payment that is less than the full amount will delay processing, and you will be held responsible for any additional interest.


# PAYMENT INSTRUCTIONS:


We strongly encourage that funds be sent via **wire transfer** to the account set forth below.

If you choose to send by overnight mail, please send to **Rocket Mortgage, 635 Woodward Ave, Detroit, MI 48226, Attn: Servicing Payment Services Team** with an overnight service that provides tracking options. You may also choose to pay by cash, cashier's check, certified bank check, money order, or attorney trust account check.  Details on these options are noted below.

**1.        Bank wire:**
Benefit Name: **Rocket Mortgage**
Benefit Address: 635 Woodward Ave., Detroit, MI 48226
Bank Name: JPMorgan Chase Bank, N.A.
ABA/Routing Numbe ▉▉▉▉▉▉
Swift Cod ▉▉▉▉▉▉
Location: New York, NY Account Number ▉▉▉▉▉
Memo Section of wire: Mortgage Payoff for property address 105 Bowman Road Hanover, PA 17331

**2.        Cashier's Check, Certified Bank Check/Attorney Trustee Check/Money Order(s):**
Funds made payable to **Rocket Mortgage** and send to **Rocket Mortgage, 635 Woodward Ave, Detroit, MI 48226, Attn: Servicing Payment Services Team**. For your protection we strongly advise you send these types of funds via overnight mail with positive tracking options. Pennsylvania law requires us to include cash as an option, sending cash through the mail or delivery service or hand delivery may carry substantial risk.

---

Once funds have been tendered, please email figures@kmllawgroup.com or call us at 866-413-2311 with the following information:  tracking number, check number and amount of the check, property address,  and our KML File number of 226229BK. For wire transactions please provide the Federal Reference number or proof of wire from your bank.

Please try and send the funds THREE (3) DAYS PRIOR to the above date to allow processing and mailing to our client. We recommend that the payment be sent overnight delivery. Please call our office at 866-413-2311 to confirm that the funds were received.  For immediate confirmation of funds please email figures@kmllawgroup.com and you will receive a confirmation email within 24 hours.

**DO NOT SEND PARTIAL PAYMENTS, THEY WILL BE RETURNED TO YOU.** If you do not have the full amount due, please contact our office and your Lender's home retention, workout or loss mitigation department.

**FORECLOSURE WILL CONTINUE UNTIL FULL PAYMENT IS RECEIVED BY OUR OFFICE. THIS LETTER DOES NOT GRANT ANY EXTENSION OR GRACE PERIOD.**

**Wire sent date:** _____ **Confirmation#** _____

**Email address or fax number of sender:** _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Courtney M. Siegmyer a/k/a Courtney Mae Riesner f/k/a Courtney Mae Hall-Riesner** <br>           **Debtor(s)** | **BK NO. 22-02249 HWV** <br><br> **Chapter 13** <br><br> **Related to Claim No. 7-1** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC** <br>           **Movant** <br>     **vs.** | |
| **Courtney M. Siegmyer a/k/a Courtney Mae Riesner f/k/a Courtney Mae Hall-Riesner** <br>           **Debtor(s)** | |
| **Jack N. Zaharopoulos**, <br>           **Trustee** | |

**CERTIFICATE OF SERVICE**
**RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 13, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Courtney M. Siegmyer a/k/a Courtney Mae Riesner f/k/a Courtney Mae Hall-Riesner
105 Bowman Road #B
Hanover, PA 17331

Attorney for Debtor(s) (via ECF)
Nicholas G. Platt,
Mooney Law
230 York Street
Hanover, PA 17331

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: February 13, 2026

/s/ **Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com