In re:

Courtney M. Siegmyer

    Debtor

Case No. 22-02249-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke            Page 1 of 3

Date Rcvd: Feb 17, 2026          Form ID: 3180W           Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Courtney M. Siegmyer, 105 Bowman Road B, Hanover, PA 17331-4220 |
| 5507364 | + | Fink & Grimes Dentistry, 420 W Elm Ave, #1, Hanover, PA 17331-5145 |
| 5517398 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5507368 | + | Members First Credit Union, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5507370 | + | Resh Family Dentistry, 1306 N Main St, Hampstead, MD 21074-2272 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Feb 18 2026 00:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507357 | + | Email/PDF: bncnotices@becket-lee.com | Feb 17 2026 19:27:47 | American Express, PO BOX 1270, NEWARK, NJ 07101-1270 |
| 5514550 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2026 19:27:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5507358 | + | Email/PDF: bncnotices@becket-lee.com | Feb 17 2026 19:27:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5507360 | + | EDI: CRFRSTNA.COM | Feb 18 2026 00:17:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5507359 | + | EDI: CAPITALONE.COM | Feb 18 2026 00:17:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5507361 | + | EDI: JPMORGANCHASE | Feb 18 2026 00:17:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5507362 | + | EDI: WFNNB.COM | Feb 18 2026 00:17:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5507363 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 17 2026 19:13:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 5507365 | + | EDI: CRFRSTNA.COM | Feb 18 2026 00:17:00 | Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 5510985 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 17 2026 19:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5507366 | + | EDI: WFNNB.COM | Feb 18 2026 00:17:00 | Kays, PO Box 650972, Dallas, TX 75265-0972 |
| 5514856 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2026 19:27:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507367 | | Email/Text: camanagement@mtb.com | Feb 17 2026 19:13:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, |

| | | | | |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240 |
| 5507369 | ^ | MEBN | Feb 17 2026 19:11:52 | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 5507371 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 17 2026 19:13:00 | Rocket Morgtage LLC, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5514964 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 17 2026 19:13:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5507372 | + | Email/Text: secubankruptcy@secumd.com | Feb 17 2026 19:13:00 | SECU, Attn: Bankruptcy, Po Box 23896, Baltimore, MD 21203-5896 |
| 5507373 | | Email/Text: amieg@stcol.com | Feb 17 2026 19:13:00 | State Collection Service, Attn: Bankruptcy, 2590 South Stoughton Rd, Madison, WI 53716 |
| 5510520 | + | Email/Text: secubankruptcy@secumd.com | Feb 17 2026 19:13:00 | STATE EMPLOYEES CREDIT UNION OF MARYLAND, PO BOX 2070, GLEN BURNIE, MD 21060-2070 |
| 5507584 | + | EDI: PRA.COM | Feb 18 2026 00:17:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5507374 | + | EDI: SYNC | Feb 18 2026 00:17:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5507375 | + | EDI: SYNC | Feb 18 2026 00:17:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5509150 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 17 2026 19:13:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

**Name　　　　　　　　　　　Email Address**

Denise E. Carlon

　　　　　on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

District/off: 0314-1

Date Rcvd: Feb 17, 2026

User: AutoDocke

Form ID: 3180W

Page 3 of 3

Total Noticed: 29

ecf_pahu_alt@trustee13.com

Matthew K. Fissel
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Nicholas G. Platt
on behalf of Debtor 1 Courtney M. Siegmyer ngp@mooney4law.com  plattnr61895@notify.bestcase.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |

| Debtor 1 | Courtney M. Siegmyer | Social Security number or ITIN xxx−xx−3557 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:22−bk−02249−HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Courtney M. Siegmyer
aka Courtney Mae Riesner, fka Courtney Mae
Hall−Riesner

**By the court:**

2/17/26

Henry W. Van Eck, Chief Bankruptcy
Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2